UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sin Santo Bad,                                                          Civil No. 07-3641 (DWF/SRN)

          Plaintiff,

v.                                                                                          **ORDER**

Pat Ciliberto, County Scott Attorney;
Lisa A. Skoog, Assistant Scott County; and
Steve Rost, Belle Plaine Police Department.

          Defendants.

---

Sin Santo Bad, *Pro Se*, Plaintiff.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated September 28, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.    Plaintiff's "Application to Proceed Without Prepayment of Fees," (Doc. No. 2), is **DENIED**;

    2.       This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

    3.       Plaintiff is required to pay the unpaid balance of the Court filing fee, namely $341.06, in accordance with 28 U.S.C. § 1915(b)(2); and

    4.       For purposes of 28 U.S.C. § 1915(g), this action is dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted."

Dated:  November 13, 2007        s/Donovan W. Frank
                                            DONOVAN W. FRANK
                                            Judge of United States District Court